DENIED AS MOOT; CASE WAS REMANDED ON 01/06/2020.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Sara Sainz,<br><br>　　　　Plaintiff;<br><br>　v.<br><br>Eric White, and Does 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-00072-MWF-JC<br><br>**[PROPOSED] ORDER**<br><br>Courtroom:　5A<br>Judge:　　　Hon. Michael W. Fitzgerald |

Upon reading the attached application of Plaintiff, and it appearing to the Court that good cause exists for the granting thereof,

This matter came before the court on _____(date).

After having considered the application of the Plaintiff, and it appearing to the satisfaction of this court that good cause appears therefore:

☐ **IT IS ORDERED** that the application be, and it hereby is, GRANTED, and that Plaintiff's Ex Parte Application to remand is

−1−
**ORDER**

GRANTED; and that this case be remanded back to the Los Angeles County Superior Court, Stanley Mosk Courthouse from whence it came.

IT IS FURTHER ORDERED:

_____

_____

Dated: January 8, 2020

<ins>DENIED AS MOOT; CASE WAS REMANDED ON 01/06/2020.</ins>

*[signature]*

MICHAEL W. FITZGERALD

United States District Judge